UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

DANIEL BOLAND,

                              Plaintiff,

    **-v.-**
                              Civil Action No.
                              9:07-cv-509 (GLS/GHL)

DAVID HARDER, Sheriff; MARK W.
SMOLINSKI, Jail Administrator; LARRY
KOZINA, Corrections Officer; PATRICIA
KLEINSMITH, Investigation Officer;
WILLIAM KRAMER; Hearing/Grievance
Officer; NANCY ANN MYERS, Law
Librarian; DAVID WATKINS, Registered
Nurse; and MICHELLE PARSONS,
Registered Nurse,

                              Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                        OF COUNSEL:

**FOR THE PLAINTIFF:**

DANIEL BOLAND
Plaintiff Pro Se
Broome County Correctional Facility
P.O. Box 2047
Binghamton, New York 13902

**FOR DEFENDANTS HARDER,
SMOLINSKI, KOZINA, KRAMER,
KLEINSMITH, and MYERS:**

BROOME COUNTY ATTORNEYS OFFICE    AARON J. MARCUS, ESQ.
P.O. Box 1766
Binghamton, New York 13902-1766

**FOR DEFENDANTS WATKINS**
**and PARSONS:**

LEVENE, GOULDIN LAW FIRM
450 Plaza Drive
Vestal, New York 13850

MARIA E. LISI-MURRAY,
ESQ.

GARY L. SHARPE,
U.S. DISTRICT JUDGE

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed March 11, 2008.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge George H. Lowe filed March 11, 2008 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that Plaintiff's amended complaint (Dkt. No. 5) is *sua sponte* DISMISSED with prejudice for failure to prosecute and/or for failure to comply with an Order of the Court, pursuant to Fed. R. Civ. P. 41(b), and

it is further

    ORDERED, that the Clerk of the Court is to enter judgment in favor of the Defendants and close this case.

IT IS SO ORDERED

Dated:    March 31, 2008
             Albany, New York

                                                       Gary L. Sharpe
                                                       U.S. District Judge